Opinion issued April 10, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-01050-CV






MARY CHRISTINE HARRISON, Appellant


V.


MICHAEL MCKELLOP, Appellee






On Appeal from the 309th District Court 

Harris County, Texas

Trial Court Cause No. 2005-05355






MEMORANDUM OPINION Appellant Mary Christine Harrison has neither established indigence, nor paid
all the required fees. See Tex. R. App. P. 5 (requiring payment of fees in civil cases
unless indigent), 20.1 (listing requirements for establishing indigence); see also Tex.
Gov't Code Ann. §§ 51.207 (Vernon 2005), 51.208 (Vernon Supp. 2007); 51.941(a)
(Vernon 2005), 101.041 (Vernon Supp. 2007) (listing fees in court of appeals); Fees
Civ. Cases B(1), (3) (listing fees in court of appeals). After being notified that this
appeal was subject to dismissal, appellant Mary Christine Harrison did not adequately
respond. See Tex. R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing
involuntary dismissal of case).

 Appellant has neither established indigence, nor paid or made arrangements to
pay the clerk's fee for preparing the clerk's record. See Tex. R. App. P. 20.1 (listing
requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no
trial court clerk's record filed due to appellant's fault). After being notified that this
appeal was subject to dismissal, appellant did not adequately respond. See Tex. R.
App. P. 42.3(c) (allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution due to nonpayment of the
appellate filing fee and no payment for arrangement to pay for the trial court clerk's
record. We deny all pending motions.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.